ORIGINAL

TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
DAVID T. RYAN (Cal. Bar No. 295785)
WILSON PARK (Cal. Bar No. 239527)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4491/5796
    Facsimile: (213) 894-2979
    E-mail:    david.ryan@usdoj.gov
               wilson.park@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-259-AB |
|---|---|
| Plaintiff, | EX PARTE APPLICATION TO UNSEAL DOCUMENTS FILED CONCURRENTLY WITH THE INDICTMENT AND THE COURT'S ELECTRONIC DOCKET; DECLARATION OF WILSON PARK |
| v. | |
| VLADIMIR GOHMAN, et al., | |
| Defendants. | |

The government hereby applies, ex parte, for an order to unseal all documents filed by the government concurrently with the indictment in this case, as well as the Court's electronic docket.

///

///

///

This ex parte application is based upon the attached declaration of Wilson Park.

Dated: July 27, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

/s/ Wilson Park
WILSON PARK
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## DECLARATION OF WILSON PARK

I, Wilson Park, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. I am one of the AUSAs assigned to represent the government in United States v. Vladimir Gohman, et al., CR 21-259-AB.

2. On May 26, 2021, the government obtained an under seal indictment in this case, charging five defendants with: (1) conspiracy to violate the Arms Export Control Act, in violation of 22 U.S.C. § 2778(b)(2), (c) and 22 C.F.R. §§ 121.1, 123.1, 127.1(a)(4); and (2) conspiracy to commit offenses against the United States, in violation of 18 U.S.C. § 371. Pursuant to the sealing order from this Court, "the indictment and any related documents" were to remain under seal until the government filed a "Report Commencing Criminal Action" in this case.

3. On June 17, 2021, and on or about June 18, 2021, the Federal Bureau of Investigation and authorities in Israel arrested three out of the five charged defendants. Two of the defendants were arrested in the Northern District of Illinois, and one of the defendants was arrested in Israel. Because these arrests occurred outside of the Central District of California, a "Report Commencing Criminal Action" was not filed in this case.

4. In light of the above-described arrests and because there was no longer a need to keep the indictment under seal, on June 17, 2021, the government filed an application to unseal the indictment, which this Court granted on the same day. The Court's unsealing

order stated as follows: "For good cause shown, IT IS HEREBY ORDERED THAT the Indictment in this case is unsealed."

5. Despite this order, the Court's electronic docket remains sealed, and the government is unable to access the electronic docket or electronically file any documents in this case. Consequently, the government contacted the Clerk of Court's office for guidance. The Clerk's office advised the government to submit an additional unsealing application in order to have the Court's electronic docket unsealed.

6. Accordingly, the government requests that the Court issue an order unsealing all documents filed by the government concurrently with the indictment in this case, as well as the Court's electronic docket.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on July 27, 2021 at Los Angeles, California.

_____
WILSON PARK